

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00266-CV

**IN RE** Geoffrey **PAWLACZYK**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: October 16, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On April 4, 2024, relator filed a petition for a writ of mandamus with the trial court. The trial court forwarded the mandamus petition to this court, and we received the petition on April 11, 2024. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 20-439, in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten B. Cohoon, presiding.